IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01667-MSK-MJW

DR. JOHN RODELL,

Plaintiff,

v.

OBJECTIVE INTERFACE SYSTEMS, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Unopposed Motion to File First Amended Complaint and Jury Demand (Docket No. 32) is GRANTED.  It is further ORDERED that:

- Plaintiff's First Amended Complaint and Jury Demand (Docket No. 32-1) is ACCEPTED FOR FILING;

- Defendant's Answer to the First Amended Complaint (Docket No. 34) is STRICKEN because it was filed before the Court granted Plaintiff's motion for leave; and

- Defendant is DIRECTED to re-file its Answer after the Clerk of Court has docketed the First Amended Complaint.

Date: December 24, 2014