IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01667-MSK-MJW

DR. JOHN RODELL,

Plaintiff,

v.

OBJECTIVE INTERFACE SYSTEMS, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Withdraw Pursuant to D.C.Colo.LAttyR 5(b) **(Docket No. 54)** is **GRANTED** for good cause shown. Robert Roberts shall be withdrawn as counsel for Plaintiff; the Clerk of Court is directed to remove Robert Roberts from electronic notification in this case.

Date: February 1, 2015